**Order entered September 18, 2017**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-16-01275-CR

**RAMON MARTINEZ, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 1
Dallas County, Texas
Trial Court Cause No. F16-53661-H**

## ORDER

Before the Court is the State's September 15, 2017 second motion for extension of time to file brief. We **GRANT** the State's motion and **ORDER** the brief received September 15, 2017, filed as of the date of this order.

/s/    ELIZABETH LANG-MIERS
           JUSTICE